Fill in this information to identify the case:

United States Bankruptcy Court for the:

Middle District of Florida

Case number *(if known)*: _____ Chapter 15

**FILED VIA MAIL**

MAR 0 8 2019

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

☐ Check if this is an
amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | |
|---|---|
| 1. **Debtor's name** | BERTRAM ANDREWS-POWLEY, III |

**2. Debtor's unique identifier**

For non-individual debtors:

☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __

☐ Other _____. Describe identifier _____.

For individual debtors:

☐ Social Security number: xxx – xx– ___ ___ ___ ___

☑ Individual Taxpayer Identification number (ITIN): 9 xx – xx – 8_ 2_ 7_ 1_

☐ Other _____. Describe identifier _____.

*NF*

**3. Name of foreign representative(s)**   :ra-nu-ra-khuti-amen: of the family bey

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**   12-CA-012894

**5. Nature of the foreign proceeding**

Check one:

☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☑ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
Please see exhibits / attachments marked PFR 1 - 10

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☑ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☐ Yes



Debtor   <u>BERTRAM ANDREWS-POWLEY, III</u>   Case number (*if known*) _____
         <sub>Name</sub>

---

**8.  Others entitled to notice**   Attach a list containing the names and addresses of:

(i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

---

**9.  Addresses**

**Country where the debtor has the center of its main interests:**

<u>Al Maghreb al Agsa / USA Incorporated</u>

**Debtor's registered office:**

_____
Number        Street

_____
P.O. Box

_____
City          State/Province/Region   ZIP/Postal Code

_____
Country

**Individual debtor's habitual residence:**

<u>1706 Marvy Avenue</u>
Number        Street

_____
P.O. Box

<u>Tampa, Florida</u>          <u>33612</u>
City          State/Province/Region   ZIP/Postal Code

<u>UNITED STATES AMERICA INC.</u>
Country

**Address of foreign representative(s):**

<u>c/o ~1706 marvy avenue</u>
Number        Street

_____
P.O. Box

<u>~tampa-territory, ~florida</u>   <u>33612</u>
City          State/Province/Region   ZIP/Postal Code

<u>Al Maghreb al Agsa, Amexem</u>
Country

---

**10. Debtor's website** (URL)   <u>n/a</u>

---

**11. Type of debtor**

*Check one:*

❑   Non-individual (*check one*):

   ❑   Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

   ❑   Partnership

   ❑   Other. Specify: _____

☑   Individual

---



8271

| Debtor | BERTRAM ANDREWS-POWLEY, III | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

---

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

**X** :ra-nu-ra-khuti-amen.bey    ra-nu-ra-khuti-amen: of the family bey
Signature of foreign representative    Printed name

Executed on    03/05/2019
　　　　　　　 MM / DD / YYYY

**X** :ra-nu-ra-khuti-amen.bey    :ra-nu-ra-khuti-amen.bey
Signature of foreign representative    Printed name

Executed on    03 | 05 | 2019
　　　　　　　 MM / DD / YYYY

---

**14. Signature of attorney**

**X** :ra-nu-ra-khuti-amen.bey    Date    03 | 05 | 2019
Signature of Attorney for foreign representative    MM / DD / YYYY

:ra-nu-ra-khuti-amen:bey
Printed name

Double Lion uchet Express Trust
Firm name

~1706 mervly avenue
Number    Street

~tampa-territory    ~florida [33612-9998]
City    State    ZIP Code

(813) 293-5194    rutu7bey@gmail.com
Contact phone    Email address

N/A
Bar number    State

---



**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI   OH   45999-0023

Date of this notice:  09-07-2017

Employer Identification Number:
████████6563

Form:  SS-4

Number of this notice:  CP 575 B

DOUBLE LION UCHET EXPRESS TR
RA-NU-RA-KHUTI-AMEN BEY TTEE
1706 MARVY AVE
TAMPA, FL  33612

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.


WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

     Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN ████████6563.  This EIN will identify your estate or trust.  If you are not the
applicant, please contact the individual who is handling the estate or trust for you.
Please keep this notice in your permanent records.

     When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

     Based on the information received from you or your representative, you must file
the following form(s) by the date(s) shown.

               Form 1041                      09/07/2017

     After our review of your information, we have determined that you have not filed
tax returns for the above-mentioned tax period(s) dating as far back as 2016.   Please
file your return(s) by 09/22/2017.  If there is a balance due on the return(s),
penalties and interest will continue to accumulate from the due date of the return(s)
until it is filed and paid.  If you were not in business or did not hire any employees
for the tax period(s) in question, please file the return(s) showing you have no
liabilities.

     If you have questions about the form(s) or the due date(s) shown, you can call us at
the phone number or write to us at the address shown at the top of this notice.  If you
need help in determining your annual accounting period (tax year), see Publication 538,
*Accounting Periods and Methods.*

     We assigned you a tax classification based on information obtained from you or your
representative.  It is not a legal determination of your tax classification, and is not
binding on the IRS.  If you want a legal determination of your tax classification, you may
request a private letter ruling from the IRS under the guidelines in Revenue Procedure
2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note:
Certain tax classification elections can be requested by filing Form 8832, *Entity
Classification Election.*  See Form 8832 and its instructions for additional information.

     *To obtain tax forms and publications, including those referenced in this notice,*
visit our Web site at www.irs.gov.  If you do not have access to the Internet, call
1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.



**STATE OF FLORIDA UNIFORM COMMERCIAL CODE**
**FINANCING STATEMENT FORM**

| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON |
| --- |
| ra-nu-ra-khuti-amen: bey, 813-293-5194 |
| B. Email Address ruty7bey@gmail.com |
| C. SEND ACKNOWLEDGEMENT TO: |
| Name :ra-nu-ra-khuti-amen:bey |
| Address c/o ~1706 Marvy Avenue |
| Address |
| City/State/Zip [~Tampa-Territory, ~Florida-Republic ~33612-9998] |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate or Combine Names**

| 1.a ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| BERTRAM ANDREWS-POWLEY III | | | |
| 1.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1.c MAILING ADDRESS Line One | This space not available. | | |
| 1706 MARVY AVENUE | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | TAMPA | FL | 33612 | USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names**

| 2.a ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| BERTRAM POWLEY | | | |
| 2.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2.c MAILING ADDRESS Line One | This space not available. | | |
| 1706 MARVY AVENUE | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | TAMPA | FL | 33612 | USA |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY (3a OR 3b)**

| 3.a ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| DOUBLE LION UCHET EXPRESS TRUST | | | |
| 3.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3.c MAILING ADDRESS Line One | This space not available. | | |
| C/O [~1706 Marvy Avenue] | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | [~Tampa-Territory, ~Florida-Republic] | FL | 33612-9998 | [UNITED STATES] |

**4. This FINANCING STATEMENT covers the following collateral:**

1) Certified Security in Bearer or Registered Form State of New York account file No. XXX83 / District Number XX54 / Registration Number XX51 (Notice of Valid Trust Instrument / Bill of Lading / Receipt), with the DATE of 3-28-74 Trust / Security recorded & registered upon book Active Trust

2) Debtor(s) is a Transmitting Utility / Transfer Agent of a Security (Active Trust) to Trustee(s) Securities Intermediary(s), for maintaining a securities account for whom the account is maintained and held in Trust for the benefit of Entitlement Holder – Secured Party

3) Entitlement listed with respect to a particular Financial Assets and interest therein held in Trust, by Trustee(s) Securities Intermediary(s), and Entitlement Holder is not subject to any claims, protected under Operation of Law pursuant to UCC – Article 8. This act takes effect 10/ 13 /2017 hereinafter (Nunc Pro Tunc), SO ORDERED ALL PROPERTY IN THE INTEREST OF THE DEBTOR IS NOW AND FOREVER UNDER THE COMPLETE CONTROL OF THE Secured Party.

**5. ALTERNATE DESIGNATION (if applicable)**

| | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR |
| --- | --- | --- | --- |
| | ☐ AG LIEN | ☒ NON-UCC FILING | ☐ SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX**

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☒ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**
STANDARD FORM - FORM UCC-1 (REV.05/2013)          Filing Office Copy          Approved by the Secretary of State, State of Florida

:ra-nu-ra-khuti-amen:bey
Indemnitor, BERTRAM ANDREWS-POWLEY, III
Indemnity, :ra-nu-ra-khuti-amen:bey,
Authorized Representative, Natural Man, In Propria Persona
All Rights Reserved: U.C.C. 1-207 / 1-308; U.C.C. 1-103

⑤

**Form 56**
(Rev. December 2015)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

▶ Information about Form 56 and its separate instructions is at *www.irs.gov/form56*.
(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I    Identification**

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| BERTRAM ANDREWS-POWLEY, III | 34883 | 589448271 |

Address of person for whom you are acting (number, street, and room or suite no.)

~1706 MARVY AVENUE

City or town, state, and ZIP code (If a foreign address, see instructions.)

~TAMPA-TERRITORY, ~FLORIDA-REPUBLIC ~33612

Fiduciary's name

:ra-nu-ra-khuti-amen: of the family bey, Managing Member, Heir (Beneficiary) of the Double Uchet Express Lodial Trust

Address of fiduciary (number, street, and room or suite no.)

~1706 Marvy avenue

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| ~Tampa-Territory, ~Florida-Republic | ( 813 )    293-5194 |

## Section A. Authority

1    Authority for fiduciary relationship. Check applicable box:

a  ☐  Court appointment of testate estate (valid will exists)

b  ☐  Court appointment of intestate estate (no valid will exists)

c  ☐  Court appointment as guardian or conservator

d  ☐  Valid trust instrument and amendments

e  ☐  Bankruptcy or assignment for the benefit or creditors

f  ☑  Other. Describe ▶  Citizenship-Expatriation-Act pg. 439 ch. 4 Temporary Provision Morocco: deceptive private law, form ss-5

2a   If box 1a or 1b is checked, enter the date of death ▶  June 22, 1971

b   If box 1c—1f is checked, enter the date of appointment, taking office, or assignment of transfer of assets ▶   May 10th, 1861
Coup-D-Etat of the United States of America Republic: Feb. 2, 1871 Act of Congress 'Brand System Implementation': H.R. 75, etcetera.

## Section B. Nature of Liability and Tax Notices

3    Type of taxes (check all that apply): ☑ Income ☑ Gift ☑ Estate ☑ Generation-skipping transfer ☐ Employment
☑ Excise ☑ Other (describe) ▶ Pursuant Title 31 U.S.C. section 321; Subchapter II of Title 5 chapter 5; Title 18 RICO: etc.

4    Federal tax form number (check all that apply): a☐ 706 series  b☐ 709  c☐ 940  d☐ 941, 943, 944
e☐ 1040, 1040-A, or 1040-EZ  f☐ 1041  g☐ 1120  h☑ Other (list) ▶ Non Domestic: Not subject to the United States.

5    If your authority as a fiduciary does not cover all years or tax periods, check here  .  .  .  .  .  .  .  .  .  .  ▶ ☑
and list the specific years or periods ▶     Ultra Vires Contract of Civil Liter Mortus since 06/22/1971 and by IRS form ss-5, et.- al.

6    If the fiduciary has a CAF number and wants a copy of notices and correspondence (see the instructions) check this box  .  ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than one form entered on line 4h, enter the form number.

Complete only if the line 6 box is checked.

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

INTERNAL REVENUE SERVICE
W & I FIELD ASSISTANCE
TAMPA, FL 33607
PROOF OF DELIVERY
IS NOT AN OFFICIAL RECORD
SEP 19 2017
33767 RECEIVED
ONLY

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.    Cat. No. 16375I    Form **56** (Rev. 12-2015)

Form 56 (Rev. 12-2015)                                                                                                    Page **2**

| **Part II** | **Revocation or Termination of Notice** |

### Section A—Total Revocation or Termination

7    Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
     Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ▶ ☑
     Reason for termination of fiduciary relationship. Check applicable box:
 a   ☐ Court order revoking fiduciary authority
 b   ☐ Certificate of dissolution or termination of a business entity
 c   ☑ Other. Describe ▶ Belligerent Trusteeship, conversion and theft of trust by PAT FRANK, UNITED STATES and et., al.

### Section B—Partial Revocation

8a   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service
     for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . ▶ ☐
 b   Specify to whom granted, date, and address, including ZIP code.
     ▶ ....................................................................................................

### Section C—Substitute Fiduciary

9    Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
     specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies)  . . . . . . . . . . . . ▶ ☑
     ▶ :ra-nu-ra-khuti-amen: of the family bey, ~1706 Marvy avenue, ~Tampa-Territory, ~Florida-Republic ~33612

| **Part III** | **Court and Administrative Proceedings** |

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | Date proceeding initiated | |
|---|---|---|---|---|
| Thirteenth Judicial Circuit Hillsborough County Courthouse | | | December 2015 | |
| Address of court | | | Docket number of proceeding | |
| 800 E. Twiggs Street, Room 512 Division: J | | | 12-CA-012894 | |
| City or town, state, and ZIP code | Date | Time ☑ a.m. | Place of other proceedings | |
| Tampa, Florida 33602 | 09/20/2017 | 10:00 ☐ p.m. | Federal Claims Court | |

| **Part IV** | **Signature** |

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

| Please Sign Here | ▷:ra-nu-ra-khuti-amen:bey | Honorable | September 18, 2017 |
|---|---|---|---|
| | Fiduciary's signature | Title, if applicable | Date |

Form **56** (Rev. 12-2015)



# Moorish Americans
### Aboriginal Natural Peoples of the Land – North America / Northwest Amexem
## Affidavit of Fact
### REVOCATION OF POWER OF ATTORNEY

I, :ra-nu-ra-khuti-amen: of the family bey, Authorized Representative of BERTRAM ANDREWS-POWLEY,III©, do hereby revoke the Power of Attorney dated August 15th, 2012 and recorded in security agreement of the records of claim origin at the Hillsborough County Clerk of Court 12-CA-012894 and subsequent records of joinder at the 2nd District Court of Appeals 2-D16-221; the Middle District Court ~Tampa, CLERK OF THE COURT 8:16 – mc – 00139 – SDM – TGW and 8:16 – mc – 00140 – EAK – AEP; and UNITED STATES COURT OF FEDERAL CLAIMS CLERK OF THE COURT 17-617C; that was granted by means of an Ultra – Vires International Contract of dispute to PAT FRANK, MARY ELIZABETH KUENZEL, ELIZABETH MARY WARREN, ELIZABETH G RICE, REX BARBAS, CHRIS W. ALTENDREND, ANTHONY K. BLACK, MATTHEW C. LUCAS, STEVEN D. MERRYDAY, THOMAS M. WILSON, ELIZABETH A. KOVACHEVICH, SHERIFF DAVID GEE, BOB BUCKHORN,  SUSAN G. BRADEN et al, and withdraw every power and authority conferred therein.

This instrument shall serve as notice to REX BARBAS and PAT FRANK and all parties of interest of ramification.

This date 09/18/2017

:ra-nu-ra-khuti.amen-bey

(Principal Owner/ Secured Party Creditor)
All Rights Reserved UCC 1-207/1-103

_____
(Signature of Witness)

_____
(Signature of Witness)

STATE OF ~FLORIDA- REPUBLIC
Near COUNTY OF HILLSBOROUGH

The foregoing instrument was acknowledged before me this 18 day of September, 2017, by Ra Nu Ra Khuti Amen Bey , Authorized Representative who has produced a Moorish National Identification Card, Florida Identification Card, Social Security Card, and a Common Law Copyright for the Principal as identification and who solemnly confirms as truth.

_____
(Notary Public)

CYNTHIA CHIPP
MY COMMISSION # FF 058169
EXPIRES: November 4, 2017
Bonded Thru Notary Public Underwriters

(Seal)

Page 1 of 1



# BEERTRAM ANDREWS-POWLEY, III (DEBTOR IN POSSESION)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICE OF FLORIDA
OFFICE OF THE CLERK

RE: Attachment to application - form 401

*Per number 7 (case number 18-CA-001951 of which BERTRAM ANDREWS-POWLEY,III is co-party... 13th judicial civil circuit) this case is located within the jurisdiction of the United States;*
And answers to number 8 of form 401 are as follows:

(i) Regina L. Watson, trustee for Double Lion Uchet Express Trust, 6013 Portsdale Place #101 Riverview, Florida [33578-9998]
(ii) Delma Andrews-Powley, co-defendant to BERTRAM ANDREWS-POWLEY,III in the case sited above
(iii) OCWEN LOAN SERVICING, LLC, PO BOX 24738 WEST PALM BEACH, FLORIDA 33416-4738

February 19, 2019

Non – Resident – Non – Domestic – Non – Subject

In Honor: _:ra-nu-ra-khuti-amen:bey_

:ra-nu-ra-khuti-amen:bey,
Authorized Representative
Natural Person, In Propria Persona: In Solo Proprio, Sue Juris,
Sue Heredes, Ex Relatione
(BERTRAM ANDREWS-POWLEY,III,
DOUBLE LION UCHET EXPRESS TRUST ET-AL)
All Rights Reserved:U.C.C.1-207/ 1-308; U.C.C. 1-103
c/o~1706 Marvy avenue ~Tampa- Territory, ~Florida- Republic
[~33612-9998] Non Domestic



  

THE MOORISH NATIONAL REPUBLIC

THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

*Aboriginal and Indigenous Natural Peoples of North-West Amexem North America*

**HOLD HARMLESS AND INDEMNITY AGREEMENT NON-NEGOTIABLE**

BETWEEN THE PARTIES

FILE FOR RECORD – THIS IS INTERNATIONAL NOTICE

This non-negotiable and non-transferable HOLD HARMLESS AND INDEMNITY AGREEMENT is made and entered into this day October _____, 2017, by and between BERTRAM ANDREWS-POWLEY,III©, hereinafter "DEBTOR", Organization Number "▓▓▓8271, ▓▓▓8271, ▓▓▓8271, and ra-nu-ra-khuti-amen:bey, hereinafter "Secured Party Creditor", a Moor / Ipso Jure as Moorish-Subjects Citizenship Expatriation Act page 439 Chapter 4 Temporary Provisions Morocco. The parties, hereinafter "Parties", are identified as follows:

**DEBTOR**
BERTRAM ANDREWS-POWLEY,III© A LEGAL ENTITY / TRANSMITTING UTILITY (and all *derivatives thereof*)
~1706 Marvy Avenue
~Tampa-Territory, ~Florida-Republic [33612-9998]
Organization Number(s): ▓▓▓8271, ▓▓▓827▓ ▓▓▓▓8271

**Secured Party Creditor**
:ra-nu-ra-khuti-amen:bey, a Moor American National, Original, Indigenous, Natural Inhabitant, Living Human-Being, In Propria Persona, Sui Juris, In Solo Proprio
c/o ~1706 Marvy Avenue
~Tampa-Territory, ~Florida-Republic [33612-9998]
Non-Domestic with the voidance of the United States of America
Exempt from Levy

DEBTOR's Treasury Direct Account Number: ▓▓▓8271

I.    This HOLD HARMLESS and Indemnity Agreement is mutually agreed upon and permanently entered into on this _____ day of the Month of October, in the year of YHWH two thousand – seventeen, between the juristic person, BERTRAM ANDREWS-POWLEY,III© *(AND ALL DERIVATIONS OF SUCH),* and :ra-nu-ra-khuti-amen: bey *(including all lawful derivations of such),* who is a live, flesh ~and-blood man.

II.   For binding verification, DEBTOR hereby expressly agrees and covenants, without benefit of discussion, with the voidance of division, holding said Creditor harmless, causing indemnification of Creditor from and against, but not limited to any and all: claims or legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summons(es), *lawsuits, costs, fines, liens, levies, penalties, damages, interest, and expenses whatsoever,* both absolute and contingent, as are due or may become due arising hereinafter now and forevermore. :ra-nu-ra-khuti-amen: bey, Creditor. Articulates by covenant and agreement that creditor shall not under any circumstances be considered an accommodating entity nor surety for DEBTOR/ BERTRAM ANDREWS-POWLEY,III©.

**Words Defined Glossary of Terms:** In witnessing by hand this "HOLD HARMLESS AND INDEMNITY AGREEMENT" the foregoing words and terminology utilized herein are non-obstinate:

1.  **Appellation:** HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "A general term introduces and specifies a particular term used in addressing, greeting, calling out for, and making appeals of a particular living breathing flesh and blood man"

2.  **Conduit:** HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Conduit signifies means of transmitting and distributing energy and affects the production of labor, goods, or services by way of DEBTOR, BERTRAM ANDREWS-POWLEY,III©, including but not limited to, any and all variations and derivatives of *DEBTOR* except :ra-nu-ra-khuti-amen:bey.

3.  **Creditor:** HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Means :ra-nu-ra-khuti-amen:bey, as Creditor and Bailor.



4. **Secured Party Creditor:** HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Means :ra-nu-ra-khuti-amen:bey, and all variations of that appellation".

5. **DEBTOR:** HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: BERTRAM ANDREWS-POWLEY,III© means including, but not limited to, any and all variations and derivatives in spelling of said name except :ra-nu-ra-khuti-amen:bey, and all variations of the appellation.

6. **Derivative:** HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Coming from another; taken from something preceding secondary; that which has not the origin in itself, but obtains existence from something foregoing and a fundamental nature; anything derived from another."

7. **Ens legis:** HOLD HARMLESS AND INDENITY AGREEMENT DOCUMENT IN HAND SHOWS: "A creature of the law; an artificial being, as contrasted with a natural man, such as a corporation, considered as deriving its existence entirely from the law."

8. **Juristic person:** HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "An abstract legal entity ens legis such as a corporation created by construct of law considered possessing certain legal rights/duties of a human being; an imaginary entity, such as DEBTOR, for instance, BERTRAM ANDREWS-POWLEY,III© upon basis of legal reasoning, is legally treated as a human being for purpose of conducting commercial activity for benefit of a biological live being such as Creditor."

9. *Sentient Live Being (soul):* HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "The Creditor, for instance, :ra-nu-ra-khuti-amen:bey, a live breathing flesh and blood man, as distinguished from an abstract legal construct such as an artificial entity juristic person corporation partnership and association.

10. **BERTRAM ANDRES-POWLEY,III©:** HOLD HARMLESS AND INDEMNITY AGREEMENT IN HAND SHOWS: "The DEBTOR BERTRAM ANDREWS-POWLEY,III© means BERTRAM ANDREWS-POWLEY,III including, but not limited to, any and all variations and derivatives n the spelling of said name except :ra-nu-ra-khuti-amen:bey or any variation of the appellation.

11. **Living breathing flesh and blood man:** HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "The Creditor :ra-nu-ra-khuti-amen:bey, Bailor, a sentient live being, as distinguished from an artificial legal construct, ens – legis, for instance, a juristic person, created by contract of law.

12. **Transmitting Utility:** HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "The term transmitting utility means a conduit, for instance, the DEBTOR, specifically, BERTRAM ANDREWS-POWLEY,III©," including, but not limited to, any and all variations and derivatives in the spelling of said name except :ra-nu-ra-khuti-amen:bey, and all variations of the appellation.

13. **U.C.C.:** HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "U.C.C. means Uniform Commercial Code".

14. **Non obstinate:** HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "The term non obstinate means words anciently used in public and private instruments with intent of precluding in advance "any interpretation" other than certain declared objects, purposes."

15. **DEBTOR:** HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "BERTRAM ANDREWS-POWLEY,III©, BERTRAM POWLEY©, BERT POWLEY©, BAILEE.

16. **Creditor:** HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: ":ra-nu-ra-khuti-amen:bey accepts DEBTOR's signature, endorsement mark below in accordance with UCC 1-2-1(39) as pursuant UCC 3-401(b)."

17. **BAILEE:** HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "BAILEE is a person who receives personal property from another as bailment."

18. **Bailment:** HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "A person or man or woman who delivers personal property to another as a bailment."

19. **Bailor:** HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "A Person who delivers personal property to another as a bailment."

III. The Undersigned :ra-nu-ra-khuti-amen:bey is Beneficiary (BFY) as Secured Party and Non-Enemy, Non-Tax Protestor, Non-Belligerent, NON-UNITED STATES CORPORATE TITLE 28 U.S.C. 3002(15) CITIZEN, Non – Surety, Non – Combatant American National Sovereign hereinafter "Creditor" and "Bailor".

Dated October _____ ,2017

| | |
|---|---|
| BERTRAM ANDREWS-POWLEY,III©, ENS-LEGIS, TRANSMITTING UTILITY, DEBTOR, | :ra-nu-ra-khuti-amen:bey, Authorized Representative, Natural Man, In Propria Persona, Ex-Relatione BERTRAM ANDREWS-POWLEY,III, All Rights Reserved UCC 1-207 / 1-308 / 1-103 with the voidance of prejudice |



  

THE MOORISH NATIONAL REPUBLIC

THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

*Aboriginal and Indigenous Natural Peoples of North-West Amexem North America*

**NON-NEGOTIABLE SECURITY AGREEMENT**

BETWEEN THE PARTIES

FILE FOR RECORD – THIS IS INTERNATIONAL LIEN AGREEMENT

This non-negotiable and non-transferable SECURITY AGREEMENT is made and entered into this day October _____, 2017, by and between BERTRAM ANDREWS-POWLEY,III©, hereinafter "DEBTOR", Organization Number█████8271-9██████271, █████8271, and ra-nu-ra-khuti-amen:bey, hereinafter "Secured Party Creditor", a Moor / Ipso Jure as Moorish-Subjects Citizenship Expatriation Act page 439 Chapter 4 Temporary Provisions Morocco. The parties, hereinafter "Parties", are identified as follows:

1. All property of BAILEE, DEBTOR BERTRAM ANDREWS-POWLEY,III© 1706 MARVY AVENUE TAMPA, FLORIDA 33612, is now gereby secured property as bailment of Bailor, Secured Party – Creditor :ra-nu-ra-khuti-amen:bey, c/o [~1706 Marvy Avenue ~Tampa-Territory, ~Florida-Republic ~33612-9998] non domestic with the voidance of the UNITED STATES Secured Party Creditor must be fully compensated before any property can be exchanged, sold, tendered, disposed of, or forfeited in any manner. This property now owned or hereinafter acquired includes, but in not limited to, all proceeds, products, accounts and fixtures from crops, mine heads, wellheads, transmitting utilities, etcetera, rent wages, salary, all and any income, all and any interest, all and any dividends, land, mineral, water, and air rights, cottages, houses, buildings, structures, bank accounts, private treasury accounts, bank deposit boxes and contents therein, retirement plans, derivatives, stocks, bonds, securities, benefits from trust, inheritances received or in receivership, inventory from any source, all machinery and tools including farm and industrial, livestock, equipment, fifth wheel trailers, automobiles, trucks, four wheelers, boats, water craft, aircraft, motor homes, mobile homes, jewelry, gold, gold bullion, silver, silver bullion, diamonds, gems, precious stones, wedding bands, rings, watches, all household goods, appliances, any type of furniture, kitchen utensils, cooking utensils, radios, televisions, computers, disk drives, books, financial records, papers, musical instruments, antiques, all sporting equipment, firearms, guns, ammunition, safes, and all other property held for benefit by myself or others. Any and all property not specifically referenced by make, model, and serial number is also included.

2. This privately held Non-Negotiable Security Agreement in hand cannot be discharged in bankruptcy court or any other court, as holder's property is exempt from levy. Secured Party Creditor accepts all signatures in accordance with UCC 3-419. Adjustment of this recording is from House Joint Resolution 192, Public Law 73.10, and UCC 1-104. All proceeds, accounts, and orders therefrom are released to Secured Party Creditor.

3. This Non-Negotiable Security Agreement instrument in hand supersedes any and all, but not limited to, documents or claims purporting to have a higher standing against Undersigned's bona-fide, original, wet ink signature set forth in the correct syntax structure for the communication in parse syntax language appellation :ra-nu-ra-khuti-amen:bey in correlating correct accounting practice numbers.

The Undersigned :ra-nu-ra-khuti-amen:bey is Beneficiary (BFY) as Secured Party and Non-Enemy, Non-Tax Protestor, Non-Belligerent, NON-UNITED STATES CORPORATE TITLE 28 U.S.C. 3002(15) CITIZEN, Non – Surety, Non – Combatant American National Sovereign hereinafter "Creditor" and "Bailor".

Dated October_____,2017

| | |
|---|---|
| BERTRAM ANDREWS-POWLEY,III©, ENS-LEGIS, TRANSMITTING UTILITY, DEBTOR | :ra-nu-ra-khuti-amen:bey, Authorized Representative, Natural Man, In Propria Persona, Ex relatione BERTRAM ANDREWS-POWLEY,III, All Rights Reserved UCC 1-207 / 1-308 / 1-103 with the voidance of prejudice |



  

THE MOORISH NATIONAL REPUBLIC

THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

*Aboriginal and Indigenous Natural Peoples of North-West Amexem North America*

COMMERCIAL SECURITY AGREEMENT

NUMBER BAP1007999999-RB2

NON-NEGOTIABLE-NON-TRANSFERABLE

FILE FOR RECORD – THIS IS INTERNATIONAL NOTICE

This non-negotiable and non-transferable Commercial Security Agreement is made and entered into this day October _____, 2017, by and between BERTRAM ANDREWS-POWLEY,III©, hereinafter "DEBTOR", Organization Number ████-8271, █████8271, ████8271, and ra-nu-ra-khuti-amen:bey, hereinafter "Secured Party Creditor", a Moor / Ipso Jure as Moorish-Subjects Citizenship Expatriation Act page 439 Chapter 4 Temporary Provisions Morocco. The parties, hereinafter "Parties", are identified as follows:

**DEBTOR**
BERTRAM ANDREWS-POWLEY,III© A LEGAL ENTITY / TRANSMITTING UTILITY (and all derivatives thereof)
~1706 Marvy Avenue
~Tampa-Territory, ~Florida-Republic [33612-9998]
Organization Number(s): 5████-8271, 9████8271, █████8271

**Secured Party Creditor**
:ra-nu-ra-khuti-amen:bey, a Moor American National, Original, Indigenous, Natural Inhabitant, Living Human-Being, In Propria Persona, Sui Juris, In Solo Proprio
c/o ~1706 Marvy Avenue
~Tampa-Territory, ~Florida-Republic [33612-9998]
Non-Domestic with the voidance of the United States of America
Exempt from Levy

This Security Agreement (Agreement) is made and entered into on or about June 18, 1971 pursuant live birth, and with the execution of Trust on March 28, 1974 pursuant registration of the (bearth) certificate between the "real" man :ra-nu-ra-khuti-amen:bey, Executor / Settlor / Trustee / Principal (hereinafter known as) the Secured Party Creditor and the juristic Persons / Strawman / Dummy Corporation, Ens – Legis / Transmitting Utility etcetera, (herein after known as) DEBTOR.

Now, therefore the Parties agree as follows:

DEBTOR, who deems itself insecure, hereby grants Secured Party Creditor a security interest in the collateral described generally herein or specifically on the enclosed Attachment "A" – Property List, incorporated herein as if fully set forth within this Commercial Security Agreement, hereinafter referred to as "collateral". This will secure all DEBTOR's property, as well as all income from every source, and all direct and indirect, absolute or contingent, due or to become due, now existing or hereafter arising, presumed or actual, parole or expressed public indebtedness and liabilities hold by DEBTOR in consideration for Secured Party Creditor providing certain things and accommodations for DEBTOR, including but not limited to:

1. Secured Party Creditor signing by accommodation for DEBTOR, when necessary, where the signature of DEBTOR will be required. Secured Party Creditor reserves the right to make sufficient claims to secure such indebtedness until satisfied in whole.
2. Secured Party Creditor issuing a binding commitment to extend credit or to extend immediately available credit, whether or not drawn upon and whether or not reimbursed in the event of difficulties in collection; and
3. Secured Party Creditor providing the security for payment of all sums due or owing, or to become due or owing, by DEBTOR on every public contract entered into by DEBTOR. DEBTOR declares that it is a legal entity recognized as such and has rights and privileges recognized under the laws

Page 1 of 4



of the UNITED STATES, as has been the case since its creation in 1971 / 1974 (registration of birth certificate). All legal means to protect the security interest being established by this Agreement will be used by DEBTOR when necessary, and all support needed by Secured Party Creditor to protect his security interest in the collateral identified herein will be provided by DEBTOR. Execution of this Commercial Security Agreement incorporates a promise that DEBTOR will execute such commercial forms as may be necessary, including but not limited to financing statements, to assure that Secured Party Creditor's interest is perfected. The security interest established by this Agreement will continue until Secured Party Creditor is relieved of all liability associated with said services provided to DEBTOR and until all owing and due consideration to Secured Party has been delivered, regardless of whether the collateral identified in this Agreement is in the possession of DEBTOR or Secured Party. DEBTOR warrants that Secured Party Creditor's claim against the collateral is enforceable according to the terms and conditions expressed herein and according to all applicable laws promulgated for the purpose of protecting the interest of a creditor against a DEBTOR. DEBTOR also warrants that it holds good and marketable title to the collateral, free and clear of all actual and lawful liens and encumbrances, except for the interest as may have been privately established by agreement of the *Parties with full attention to the elements necessary to establish a valid contract under international contract law.* Public registered prior to the registration of Secured Party Creditor's interest in the same collateral, as is well established in international commercial law.

**GENERAL PROVISIONS**

<u>Possession of Collateral:</u> Collateral or evidence of collateral may remain in the possession of DEBTOR, to be kept at the address given in this Agreement by DEBTOR or such other place(s) approved by Secured Party Creditor; and notice of changes in location must be made to Secured Party Creditor within ten(10) days of such relocation. *DEBTOR agrees not to otherwise remove the collateral except as is expected in the ordinary course of business, including sale of inventory, exchange, and other acceptable reasons for removal.* When in doubt as to the legal ramifications for relocation, DEBTOR agrees to acquire prior written authorization from Secured Party Creditor. DEBTOR may possess all tangible personal property included in collateral, have beneficial use of all other collateral, and may use it in any lawful manner consistent with this agreement, DEBTOR's right to possession and beneficial use may also apply to collateral that is in the possession of Secured Party Creditor if such possession is required by law to perfect Secured Party Creditor's interest in such collateral. If Secured Party Creditor, at any time, has possession of any part of the collateral, whether before or after an event of default, Secured Party Creditor takes such action for that purpose as deemed appropriate by Secured Party Creditor under the circumstances.

<u>Proceeds and Products from Collateral:</u> Unless waived by Secured Party Creditor, all proceeds and products from the disposition of the collateral, for whatever reason, shall be held in trust for Secured Party Creditor and shall not be commingled with any other accounts or funds without the consent of Secured Party Creditor. Notice of such proceeds shall be delivered to Secured Party Creditor immediately upon receipt. Except for inventory sold or accounts collected in the ordinary course of DEBTOR's public business, DEBTOR agrees not to sell, offer to sell, or otherwise transfer or dispose of the collateral, nor to pledge, mortgage, encumber, or otherwise permit the collateral to be subject to a lien, security interest, encumbrance, or charge, other than the security interest established by this Agreement, without the prior written consent of Secured Party Creditor.

<u>Maintenance of Collateral:</u> DEBTOR agrees to maintain all tangible collateral in good condition and repair, and not to commit or permit damage to or destruction of the collateral or any part of the collateral. Secured Party and his designated representatives and agents shall have the right at all reasonable times to examine, inspect, and audit the collateral whenever located. DEBTOR shall immediately notify Secured Party of all cases involving the return, rejection, repossession, loss, or damage of or to the collateral; of all requests for credit of adjustment of collateral, or dispute arising with respect to the collateral; and generally of all happenings and events affecting the collateral or the value or the amount of the collateral.

<u>Compliance with law:</u> DEBTOR shall comply promptly with all laws, ordinances, and regulations of all governmental authorities applicable to the production, disposition, or use of the collateral. DEBTOR may contest in good faith any such law, ordinance, or regulation without compliance during a proceeding, including appropriate appeals, so long as Secured Party Creditor's interest in the collateral, in Secured Party Creditor's opinion, is not jeopardized. Secured Party Creditor may, at his option, intervene in any situation that appears to place the collateral in jeopardy.

<u>Public Disputes:</u> DEBTOR agrees to pay all applicable taxes, assessments, and liens upon the collateral when due, provided that such taxes, assessments, and liens are proved to be superior to the lawful claim established by this agreement and subsequently perfected by Secured Party Creditor by appropriate registration. In the event that DEBTOR elects to dispute such taxes, assessments, and lien, Secured Party Creditor's interest must be protected at all times, at the sole opinion of Secured Party Creditor, who may, his option, intervene in any situation that appears to jeopardize Secured Party Creditor's interest in the collateral. DEBTOR may elect to continue pursuit of dispute of such taxes, assessments, and lien, only upon production of a surety bond by public claimants, in favor of Secured Party Creditor, sufficient to protect Secured Party Creditor from loss, including all cost and fees associated with such dispute. Should public judgment against DEBTOR result from such dispute, DEBTOR agrees to satisfy such judgment

from its accounts established and managed by the UNITED STATES or its subdivisions, agents, officers, or affiliates, so as not to adversely affect Secured Party Creditor's interest in the collateral.

**Indemnification:** DEBTOR hereby indemnifies Secured Party Creditor from all harm as expressed in the Indemnity Bond, incorporated herein as if fully set forth within this Commercial Security Agreement. Providing that Secured Party Creditor, subsequent to the execution of this agreement, perfects his security interest in the collateral by appropriate county registration, DEBTOR agrees that its indebtedness to Secured Party Creditor, whether now existing or hereafter created, shall have priority over unregistered claims that third parties may raise against DEBTOR or the collateral, whether or not DEBTOR becomes insolvent. DEBTOR hereby expressly subordinates any claim that DEBTOR may have against Secured Party Creditor, upon any account whatsoever, to the claim that Secured Party Creditor has or will have against DEBTOR. If Secured Party Creditor so request, all notes or credit agreements now or hereafter established, evidencing debts or obligations of DEBTOR to third parties, shall be marked with a legend that the same are subject to this Agreement and shall be delivered to Secured Party Creditor. DEBTOR agrees, and Secured Party Creditor is hereby authorized, in the name of DEBTOR, to execute and file such financing statements and other commercial statements as Secured Party Creditor deems necessary or appropriate to perfect, preserve, and enforce her rights under this Agreement.

## DEFAULT:

**The following shall constitute events of default hereunder:**

1. Failure by DEBTOR to pay a debt secured hereby when due;
2. Failure by DEBTOR to perform an obligation secured hereby when required to be performed;
3. Breach by DEBTOR of a warranty contained in this Agreement;
4. Evidence that a statement, warranty, or representation made or implied in this Agreement by DEBTOR is false or misleading in any material respect, either now or at the time made or furnished;
5. Evidence that this Agreement or a document of title is void or ineffective;
6. Dissolution or termination of DEBTOR's existence as a legal entity, the insolvency of DEBTOR, the appointment of a receiver for all or any portion of DEBTOR's property, an assignment for the benefit of public creditors, or the commencement of proceedings under bankruptcy or insolvency laws by or against DEBTOR;
7. Commencement of foreclosure; whether by action of a tribunal, self-help, repossession, or other method, by a creditor of DEBTOR against the collateral;
8. Garnishment of DEBTOR'S deposit accounts or employment.

**Cure for Default:** If a fault or dishonor under this Agreement is curable through an account held by DEBTOR but managed by the UNITED STATES or one of its subdivisions, agents, officers, or affiliates, such fault or dishonor may be cured by DEBOTR with authorization by Secured party Creditor and upon advice by the fiduciary that the fault or dishonor has been cured; and no event of default will have occurred. A dishonor under this Agreement, initiated by third party intervention, will not cause a default if such intervention is challenged by DEBTOR by its good faith effort to confirm or disprove the validity or reasonableness of a public claim which is the basis of the of the public creditor's proceeding, but DEBTOR must, in that event, deposit such surety with Secured Party Creditor as is necessary to indemnify Secured party Creditor from loss.

**Acceleration:** In the event of default, Secured Party Creditor may declare the entire indebtedness immediately due and payable without notice.

**Liquidation of Collateral:** In the event of default, Secured Party Creditor shall have full power to privately or publicly sell, lease, transfer, or otherwise deal with the collateral or proceeds or products therefrom, in his own appellation or in the name of the DEBTOR. All expenses related to the liquidation of collateral shall become a part of DEBTOR's indebtedness. Secured Party Creditor may, at his discretion, transfer part or all of the collateral to his own appellation or to the name of his nominee.

**Rights and Remedies:** Secured Party Creditor shall have all the rights and remedies of a secured creditor under the provisions of the Uniform Commercial Code, as it has been adopted in the state where part or all of the collateral is located or presumed to be located, including by not limited to the right to proceed with self-help with or without a public court or tribunal. Rights and remedies available to Secured Party Creditor may be exercised singularly or jointly and in all venues and jurisdictions concurrently at the sole discretion of Secured Party Creditor.

## MISCELLANEOUS PROVISIONS

**Amendments:** This Agreement, together with all related documents, constitutes the entire understanding and agreement of the Parties as to the matters set forth in this Agreement. No Alteration of or amendment to this Agreement shall be effective unless expressed in writing and signed by both Parties.

**Applicable law:** The governing law of this Agreement is the agreement of the Parties, supported by the Uniform Commercial Code as adopted by the legislature of the "STATE OF FLORIDA", international



contract law, the unwritten Law Merchant as practiced before the Uniform Commercial Code was promulgated, and applicable maxims of law.

**Expenses:** DEBTOR agrees to pay upon demand, from such accounts as DEBTOR may have, all Secured Party Creditor's cost and expenses, including reasonable attorney's fees and other expenses incurred by Secured Party Creditor to defend or enforce the provisions of this Agreement.

**Indebtedness:** The word "indebtedness" means the indebtedness evidenced by this Agreement as a claim against DEBTOR and all its present and future possessions identified in this Agreement as collateral; and all public obligations, debts, an liabilities ascribed to DEBTOR through its contracts and agreements, whether expressed or implied, known or unknown, or actual or constructive, that are with the UNITED STATES or its subdivisions, agents, officers, affiliates, or other public entities; and all claims made by Secured Party Creditor against DEBTOR, whether existing now or in the future, whether they are voluntary or involuntary, due or not due, direct or indirect, absolute or contingent, liquidated or un-liquidated, regardless of whether DEBTOR is or may be liable individually or jointly, or is obligated as, or beneficiary of, a surety or accommodation party.

**Related Documents:** The phrase "related documents" means all promissory notes, credit agreements, loan agreements, guaranties, security agreements, mortgages, deeds of trust, applications, accounts, licenses, policies, permits, identification cards, account cards, receipts, forms, and all other documents and instruments that DEBTOR or its previous surety has or will execute in connection with DEBTOR's total indebtedness.

**Notices:** Except for revocation notices by DEBTOR, all notices required to be given by either party under this Agreement shall be in writing and shall be effective when actually delivered or when deposited with the United States post Office or a nationally recognized courier service, first class postage prepaid, addressed to the party to whom the notice is to be given at the address shown on this Agreement or to such other address as either Party may designate to the other in writing.

**Waiver of Contractual Right:** The failure of either Party to enforce one or more provisions of this Agreement shall not be construed as a waiver or limitation of that Party's right to subsequently enforce and compel strict compliance with every provision of this agreement. Secured Party Creditor shall not be deemed to have waived rights under this Agreement unless such waiver is given in writing and signed by Secured Party Creditor. No delay or omission on the part of Secured party Creditor in exercising a right shall operate as a waiver of such right or any other right. A waiver by Secured Party Creditor of a provision of this Agreement shall not prejudice or constitute a waiver of Secured Party Creditor's right otherwise to demand strict compliance with that provision or any other provision of this Agreement. No prior waiver by Secured Party Creditor, nor any course of dealing between Secured Party Creditor and DEBTOR, shall constitute a waiver of Secured Party Creditor's rights or of DEBTOR's obligations under this agreement, as to future transactions. Whenever the consent of Secured party Creditor is required under this agreement, the granting of such consent by Secured Party Creditor in one instance shall not constitute consent over the whole.

**Ambiguities and Interpretation:** Each Party acknowledges receipt of this agreement and has had the opportunity to have counsel review it. Any rule of construction claiming ambiguities is to be resolved in favor of Secured Party Creditor and shall not apply in the interpretation of this agreement or its amendments. All statements in this instrument are important to the Parties. Misunderstandings have been resolved prior to execution.

**Authority to Represent:** A signer of this agreement on behalf of a legal entity certifies that he has the authority to sign this agreement and that this transaction has been duly authorized by such entity.

**Gender:** All references within this agreement to a specific gender include the other.
**SIGNATURES**
For the knowledge of the Secured Party Creditor is with the acceptance of all signatures in accordance with the Uniform Commercial Code and the acknowledgment of the DEBTOR's signature as representative of all derivations thereof by lawful confirmation of affidavit of fact.

| | |
|---|---|
| BERTRAM ANDREWS-POWLEY,III©, ENS-LEGIS, TRANSMITTING UTILITY, DEBTOR | :ra-nu-ra-khuti-amen:bey, Authorized Representative, Natural Man, In Propria Persona, Ex-Relatione BERTRAM ANDREWS-POWLEY,III, All Rights Reserved UCC 1-207 / 1-308 / 1-103 with the voidance of prejudice |



  

THE MOORISH NATIONAL REPUBLIC

THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

*Aboriginal and Indigenous Natural Peoples of North-West Amexem North America*

**International Registered Private Tracking Number --- 70171000000109855026**

**ATTENTION AND WARNING**

**THIS IS A LEGAL NOTICE AND DEMAND**

**FIAT JUSTITIA, RUAT COLEUM**

FILE FOR RECORD – THIS IS INTERNATIONAL LEGAL NOTICE AND DEMAND

To: All City, County, State, Federal and International Public Officials, by and through

FLORIDA SECRETARY OF STATE KEN DETZNER

TAKE NOTICE: IGNORANCE OF THE LAW IS NO EXCUSE.

THIS IS A CONTRACT IN ADMIRALTY JURIDICTION.

Take a moment to read this before you proceed any further. I do not wish to speak to you under any

circumstances excluding federal judicial review.

**THIS IS FOR YOUR PROTECTION!!!**

1.  I, one :ra-nu-ra-khuti-amen:bey, a free Original National Moorish American man, the
    Undersigned, herein request that you present anything that you say me in writing, signed under
    penalty of perjury as required by your law as shown in this instrument. **Notice to Agent is Notice
    to Principal. Notice to Principal is Notice to Agent.** Attachment "A" Property list and Legal
    Notice and Demand Definitions are included and are part of this contract.

2.  This Notice is in the nature of a Miranda Warning. Take due heed of its contents. If, for any
    reason, you do not understand any of these statements or warnings, it is incumbent upon you to
    summon a superior officer, special prosecutor, federal judge, or other competent legal counsel to
    immediately explain to you the significance of this presentment as per your duties and obligations
    in respect to this private, formal, notarized, registered Statute Staple Securities Instrument. As
    pursuant Title 11 USC 501(a), 502(a), 11 USC 7001, 7013, and Federal Rules of Civil Procedure
    Sections 8 (a), and 13 (a), the claim or presumption that I, :ra-nu-ra-khuti-amen:bey, am a
    DEBTOR to the "UNITED STATES" or any of its agencies or sub-corporations is forever
    rebutted by this contract. This rebuttal is a counterclaim in Admiralty.

3.  Your Failure to timely do so leaves you in the position of accepting full responsibility for any and
    all liabilities for monetary damages, as indicated herein, that I incur by any adversely affecting
    injuries caused by your overt or covert actions, or the actions of any of your fellow public officers



and agents in this or any other relevant matters as described herein. You have thirty (30) days, from the date that this document is received by the Clerk of the Public Record, to respond and rebut the presumptions of this contract by submitting to me signed, certified, authenticated documents of the laws that rebut these presumptions point by point, On and For the Record under penalties of the law including perjury. This document will be on file in the public record: and the clerk in charge of the public record is charged to distribute this to any and all responsible parties, for instance, officers of the court, and or law enforcement officers including local, state, federal, international, multijurisdictional, or any and all officers, representatives, contractors, agencies, or any such entity or person that may bring any type of action, whether civil or criminal or other, against me, and whether in this count, state, region, area, country, corporation, federal zone, or in any venue and/ or jurisdiction. Your failure to timely rebut the statements and warnings herein constitute your complete, tacit agreement with all statements and warnings contained herein. Your presumptions that I, the Undersigned, am a "Corporate Fiction" or "Legal Entity" and under your corporate "UNITED STATES" jurisdiction is now and forever rebutted.

4. I the Undersigned, tendering this document, am a Private People of Posterity; a Sovereign Persona Sojourn; a Moor – Ipso Jure; by fact; not a 14th Amendment citizen or surety within: or subject for; or allegiance to; your corporate "UNITED STATES", or to any de facto, compact, corporate, commercial STATES contracting therein; only to the "united States of America," nonetheless carrying with me exclusive, original, sovereign jurisdiction and venue having one supreme court and United States Court of International Trade. This is a matter of public record, tendered by way of certified mail to FLORIDA SECRETARY OF STATE KEN DETZNER.

5. I, the Undersigned, now tendering this lawful binding Legal Notice and Demand in hand am not a surety under your jurisdiction nor a subject under your corporate veil "Color of Law Venue," being acknowledged by silence and acquiescence of KEN DETZNER, respectfully FLORIDA SECRETARY OF STATE, also but not limited to any public officers, agents, contractors, assigns, employees, and subsidiaries of your office, regarding my Legal Notice and Demand tendered by certified mail.

6. Silence of Corporate Office SECRETARY OF STATE / DEPARTMENT OF STATE OF FLORIDA ratifies severances of any nexus or relationship to de facto, corporate. commercial STATE offices; being fraudulent conveyance by operating under "Color of Authority" upon the Real man or woman, Secured Party Creditor. Let this be known by the "Good Faith (Oxford) Doctrine" to all men and women. I do not consent to any warrantless searches, or searches that are not compliant with the Constitution for the united States of America – Republic" and / or all of the amendments of the Honorable "Bill of Rights", whether of my dwellings, cars, land craft, watercraft, aircraft, me, mine, current location, property, hotel rooms, apartments, business records, businesses, or my machinery, vehicles, equipment, supplies, computer equipment,



buildings, grounds, land in my private possession or control, past, present, and future, now and

forevermore, so help me ALLAH.

7.   By this record let it be known that I do not at any time waive any rights or protections, as

acknowledged by the aforementioned Constitution and/or Honorable "Bill of Rights", nonetheless,

demanding that you protect these as you swore an oath to do so. I accept your lawful requirement

of Oath of Office, bonds of any type, insurance policies, and property of any type for my

protection and making whole. Furthermore, should you witness any public officers at this time, or

any time past, present, or future violating any of my civil rights or protections, it is your sworn

duty (of Oath) to immediately arrest, or have them arrested. You are of the legal requirement to

charge them as you should any law breaker, regardless of officer's title, rank, uniform, cloak,

badge, position, stature, or office; or you shall henceforth be accountable for monetary damages

from, but not limited to, your monetary liability, your CORPORATE bond, your law – required

private bond, compensatory costs, punitive procurements, and sanctioned-by-attorney attributions.

8.   Note: A true and correct, notarized copy of this **Statute Staple Securities Instrument** is safely

deposited in the HILLSBOROUGH COUNTY CLERK'S OFFICE near or at –HILLSBOROUG

COUNTY, near or at ~TAMPA-TERRITORY, near or at ~ FLORIDA-REPUBLIC. It is my

policy to present this document to any officer, agent, or representative that has any interaction

with me. I have a lawful right to travel, by whatever means, via land, sea, or air, without any

officer, agent, employee, attorney, or judge willfully causing adverse affects of damages upon me

by an arrest, detainment, restraint, or deprivation. I will be granted the status and treatment of a

foreign Sovereign, a foreign diplomat, by all customs official. This document or the deposited

copy becomes an evidentiary document certified herein, as if now fully reproduced, should any

court action be taken upon me as caused by your acts under color of law with you, your officers,

and employees. Take note: You are now monetarily liable in your personal and CORPORATE

capacity. I, :ra-nu-ra-khuti-amen:bey, Free man, the Undersigned, Aboriginal Moor American,

Sovereign, notwithstanding anything contrary,, abide by all laws in accordance with the

aforementioned Constitution and Honorable "Bill of Rights" which are applicable to Sovereigns. I,

:ra-nu-ra-khuti-amen:bey, wish no harm to any man. You agree by your non-response to uphold

my "Right to Travel", or you must rebut my presumption by lawfully documented evidence in law

On and For the Record, Under Oath, and penalty of perjury, within thirty (30) days as

aforementioned in this Admiralty Agreement.

9.   BE WARNED, NOTICED, AND ADVISED that I rely upon, in addition to constitutional limits

of the "Constitution for the united States of America-Republic" and / or the Honorable "Bill of

Rights", governmental authority, the rights and protections guaranteed under Uniform

Commercial Codes, common equity law, laws of admiralty, and commercial liens and levies

pursuant to, but not limited, to Title 42 (Civil Rights), Title 18 (Criminal Codes), Title 28 USC A



(Civil codes), and additional ~Florida ~ Republic constitution penal codes, in as much as they are in compliance with the aforementioned Constitution of the united State of America, Treaty of Peace and Friendship of 1787 and the "Bill of Rights". There can be no violation of any of these laws unless there is a victim consisting of a natural, flesh and blood man or woman who has been damaged. When there is no victim, there is no crime or law broken. Unless this is rebutted within the time limit contained herein, and the conditions of the rebuttal are not, you, or any representative in any capacity of any agency, government, corporation, or the like, agree to abide by this agreement anytime that you interact with me. I, :ra-nu-ra-khuti-amen:bey, Free man, the Undersigned, am of lawful majority age, clear head, and sound mind.

10. **Remember,** you took a solemn binding oath to protect and defend the original "Constitution for the united States of America (1787) adopted circa 1791. Violations of said oath are perjury, being a bad ~ faith doctrine by constructive treason and immoral dishonor. I accept said Oath of Office that you have sworn to uphold. I declare that any and all presumptions that I am a citizen, subject, resident, participant, legal entity, strawman, fiction, or any such thing, of any and all jurisdictions of the UNITED STATES OR ANY OF ITS SUBDUVISIONS, AGENCIES, ENTITIES, DEPARTMENTS, SUBSIDIARIES are now and forever rebutted. You may rebut my presumptions by submitting certified copies of lawful documents that have been certified by a FLORIDA state's attorney while under oath and on the official record and under penalty of perjury and waiving all immunities from prosecution. You have thirty (30) days to rebut my statements as indicated herein; or my statements will stand as true, lawful, and legal in all of your courts and / or hearings.

11. **This** legal and timely notice, declaration, and demand is prima facie evidence of sufficient Notice of Grace. The terms and conditions of this presentment agreement are a quasi-contract under the Uniform Commercial Code and Fair Debt Collection Practices Act. These terms and conditions are not subject to any or all immunities that you may claim, should you in any way violate my rights or allow violations by others. Your CORPORATE commercial acts against me or mine and your failures to act on behalf of me or mine are ultra vires and injurious by willful and gross negligence.

12. **The liability** is upon you, and / or respondent superior, and upon others including any and all local, state, regional, federal, multijurisdictional, international, and / or corporate agencies, and / or persons of the foregoing, involved directly or indirectly with you via any nexus acting with you; and said liability shall be satisfied jointly and / or severally at my discretion. You are sworn to your Oath of Office, and I accept your Oath of office and your responsibility to uphold the rights of me and mine at all times.

PAYMENT FEE SCHEDULE / BILLING COSTS ASSESSED WITH LEVIES AND LIENS UPON VIOLATIONS SHALL BE:



13. Unlawful Arrest, Illegal Arrest, or Restraint, or Distraint, Trespassing / Tresspass, with the voidance of lawful, correct, and complete 4th amendment warrant: 2,000,000. (two million) lawful US Silver Species, per occurrence, per officer or agent involved.

Excessive Bail, Fraudulent Bond, Cruel and Unusual Punishment, Violation of Right to Speedy Trial, Violation of the Right of Freedom of Speech, Conspiracy, Aiding and Abetting, Racketeering, or Abuse of Authority as per Title 18 USC 241 and 242 or definitions contained herein: 2,000,000. (two million) lawful US Silver Dollars, per occurrence, per officer, per agent involved.

Assault or Assault and Battery without Weapon: 2,000,000. (two million) lawful US Silver Species, per occurrence, per officer, or agent involved.

Assault or Assault and Battery with Weapon: 3,000,000. (three million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

Unfounded Accusations by Officers of the Court, or Unlawful Determination: 2,000,000 (two million) lawful US Silver Species, per occurrence, per office, or agent involved.

14. Denial and / or Abuse of Due Process: 2,000, 000. (two million) lawful US Silver Species, per occurrence, per officer, or agent involved.

Obstruction of Justice: 2,000,000. (two million) lawful US Silver Species, per occurrence, per officer, or agent.

Unlawful Distraint, Unlawful Detainer, or False Imprisonment: 5,000,000. (five million) lawful US Silver Dollars, per day, per occurrence, per officer, or agent involved, plus 18% annual interest.

Reckless Endangerment, Failure to Identify and/ or Present Credentials and / or Failure to Charge within 48 hours after being detained: 2,000,000. (two million) lawful US Silver Species per occurrence, per officer, or agent involved.

15. Unlawful Detention or Incarceration: 2,000,000. (two million) lawful US Silver Species, per day, per occurrences, per officer, or agent involved.

Incarceration for Civil or Criminal Contempt of Court with the voidance of lawful, documented-in-law, and valid reason: 2,000,000. (two million) lawful US Silver Species, per occurrence, per officer, or agent involved.

Disrespect by a judge or Officer of the Court: 2,000,000. (two million) lawful US Silver Species per occurrence, per officer, or agent involved.

Threat, Coercion, Deception, or Attempted Deception by any Officer of the Court: 2,000,000 (two million) lawful US Silver Species per occurrence, per officer, or agent involved.



Unnecessary Restraint: 2,000,000. (two million) lawful US Silver Species, per occurrence, per officer, or agent involved.

Violation of Rights: 2,000,000. (two million) lawful US Silver Species, per occurrence, per officer, or agent involved. This includes, but is not limited to rights on the enclosed "ATTACHMENT 'A' – PROPERTY LIST."

Refusal of Lawful Bailment as provided by the aforementioned Constitution, Treaty of Peace and Friendship and "Bill of Rights" 2,000,000. (two million) lawful US Silver Species per day of confinement, to be prorated by the hour as per Traficant vs. Florida, per occurrence, per officer, per agent involved.

Coercion or Attempted coercion of the Natural man to take responsibility for the Corporate Strawman against the Natural Man Secured Party's Will: 2,000,000. (two million) lawful US Silver Species per occurrence, per officer or agent involved.

The placing of an Unlawful or Improper Lien, Levy, Impoundments, or Garnishment against any funds, bank accounts, savings accounts, retirement funds, Investment funds, social security funds, intellectual property, or any other property belonging to the Natural man Secured Party by any agency: 2,000,000. (two million) lawful Silver Species per occurrence, and 100,000. (one hundred thousand) lawful US Silver Species per day penalty until liens, levies, impoundments, and / or garnishments are ended and all funds reimbursed, and all property returned in the same condition as it was when take, with 18% interest upon the Secured Party's declared value of property.

Destructive, Deprivation, Concealment, Defacing, Alteration, or Theft, of Property, including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Natural man Secured Party will incur a penalty of total, new replacement, costs of property as indicated by Owner and Secured Party, including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fees, permits, replacement of computer information and data, computed hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type, like, kind, and / or quality, and quantity as affected items. The list and description of affected property will be provided by the Holder / Holder in due course / Secured Party and will be accepted as complete, accurate, and uncontestable by the agency or representative thereof that caused such action. In addition to the aforementioned cost, there will be a 200,000. (two hundred thousand) lawful US Silver Species per day penalty until property is restored in full, beginning on the first day after the incident, as provided by this contract.

## CAVEAT

16. The aforementioned charges are billing costs deriving from, but not limited to, the Uniform
    Commercial Codes and Fair Debt Collection Practices Act and this contract. These charges shall
    be assessed against persons, governmental bodies, and corporate entities supra, or any
    combination thereof when they individually and/ or collectively violate my natural and / or civil
    rights as an Aboriginal American by declaration. The aforementioned Constitution for the united
    States of America – Republic, Treaty of Peace and Friendship and the "Bill of Rights" establishes
    jurisdiction for you in your normal course of business. All violations against me, the Undersigned,
    will be assessed per occurrence, per officer, representative, or agent of any agency that is involved
    in any unlawful action against me.

17. By your actions, you shall lack recourse for all claims of immunity in any forum. Your officers'
    knowing consent and admission of perpetrating known acts by your continued enterprise is a
    violation of un-a-lien-a-ble rights. This Statute Staple Securities Instrument exhausts all state
    maritime Article 1 administrative jurisdictions and protects my Article III court remedies
    including, but not limited to, Title 42 USC, Title 18 USC, Title 28 and Title 18 USCS 241, 242…
    etcetera.

                    **IGNORANCE OF THE LAW IS NO EXCUSE!!!**

18. I, one :ra-nu-ra-khuti-amen:bey, Free man, the Undersigned, and the principal; and you are the
    agent! Fail not to adhere to your oath, lest you be called to answer for your ecclesiastical dishonor
    and before one Supreme Court Exclusive Original Jurisdiction, which is the court of first and last
    resort, not excluding my "Good Faith (Oxford) Doctrine" by my conclusive Honorable "Bill of
    Rights."

19. This Statue Staple Securities Instrument is not set forth to threaten, delay, hinder, harass, or
    obstruct, but to protect guaranteed Rights and Protections assuring that at no time my Unalienable
    Rights are ever waived or taken from me against my will by threats, duress, coercion, fraud, or
    with the voidance of my complete expression in furtherance of consent of waiver. None of the
    statements contained herein intend to threaten or cause any type of physical or other harm to
    anyone. The statements contained herein are to notice any persons, whether real or CORPORATE,
    of their potential, personal, civil, and criminal liability if and when they violate my Unalienable
    Rights as protected by the original Constitution / Treaty of Peace and friendship of 1787, adopted
    circa 1791 (Constitution), and / or the Honorable "Bill of Rights" . A bona fide duplicate of this
    paperwork is safely archived with those who testify under oath that it is my standard policy to
    ALWAYS present this notice to any public or private officer attempting to violate me and my
    rights. It is noted on the record that by implication of said presentment, this Notice has been
    tendered by way of certified mail to FLORIDA SECRETARY OF STATE KEN DETZNER. This
    is prima facie evidence of your receipt and acceptance of this presentment in both your

CORPORATE and individual capacity, jointly and severally for each and all governmental, political, and corporate bodies. Any other individuals who have been, are, or hereafter become involved in the instant actions or any future actions against me shall only correspond to me in writing while signing under penalty of perjury pursuant but not limited to Title 28 USC 1748. This document is now on record in the CLERK OF THE COURT office at HILLSBOROUGH COUNTY, FLORIDA, supra.

## SUMMATION

20. Should you move against me in defiance of this presentment, there is no immunity from prosecution available to you or to any of your fellow public officers, officials, officials of government, judges, magistrates, district attorneys, clerks, or any other persons who become involved in the instant actions, or any future actions, against me by way of aiding and abetting. Take due heed and govern yourself accordingly. Any or all documents tendered to me, lacking bona fide wet ink signatures or dates per title 18 U.S.C 513-514, are counterfeit security instruments causing you to be liable in your CORPORATE and individual capacity by fraudulent conveyance now and forevermore. If and when you cause any injury and/or damages to the Natural man Secured Party by violating any of the rights, civil rights, privileges, or any terms herein, you agree to voluntarily, with the voidance of reservation of rights and defenses, at the written request of the Natural man Secured Party, surrender, including but not limited to, any and all bonds, public and / or corporate insurance policies, and CAFR funds as needed to satisfy any and all claims as filed against you by the Natural man Secured Party. This applies to any and all agents, or representatives, individually and severally, of the "UNITED STATES" or any of the subdivisions thereof, as described herein.

NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPLE IS NOTICE TO AGENT

21. This document cannot be retracted by any employee, agent, representative, or officer of the court, or any individuals, excluding the Natural man Secured Party on this registered document, for one hundred years from the date on this legally binding Statute Staple Securities Instrument. Attention: All Agents, Representatives, Officers, and / or such, of the "UNITED STATES" or its subdivisions including local, state, federal, and / or international or multinational governments, corporations, agencies, and the like: You have thirty (30) days to rebut any portion of this portion of this document, or you stand in total agreement. Non-response is agreement. Partial response is agreement. Rebuttal must be in written form with legal and lawful, verified, certified documentation in law, with copies of said law enclosed. This documentation must be provided

under penalty of perjury. Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent. Ignorance of the law is no excuse.

22. All other corporations including, but not limited to telephone companies, cable companies, utility companies, contractors, builders, maintenance personnel, investors, journeymen, inspectors, law enforcement officers, officers of the court, manufacturers, wholesalers, retailers, and all others, including all persons, are bound by all paragraphs, terms, and conditions, herein, regardless of nature of limited liability corporations or affiliations as "D/B/A's," "A.K.A.s," incorporations, or any types of businesses in commerce as deeded by this securities agreement and decree.

23. YOU ARE NOTICED having been given knowledge of the law and your personal financial liability in event of any violations of my rights and / or being. This Statue Staple Securities Instrument now in your hand constitutes timely and sufficient warning by good faith, notice, and grace.

24. Date this _____ day of October, in the year of ALLAH, two thousand seventeen. This contract being of honor is presented under the "Good Faith (Oxford) Doctrine." I accept the Oath of Office of all officers of the court, including, but not limited to the clerk of the court; all judges and attorneys from all jurisdictions; all local, state, federal, international law enforcement officers, and all agents of the "UNITED STATES" or any of its subdivisions thereof.

25. Any agent, law enforcement officer, employee, contractor, representative, or the like of the "UNITED STATES" or any of its subsidiaries or sub-corporations, SHALL NOT ENTER, AT ANY TIME, FOR ANY REASON, ANY PROPERTY AT WHICH I AM LOCATED, OR LEASE, OWN, OR CONTROL, WITH THE VOIDANCE OF MY EXPRESS WRITTEN PERMISSON. Violation of this notice will be considered criminal trespass and will be subject to a 2,000,000. (two million) lawful US Silver Species penalty plus damages, per violation,, per violator.

26. Attention: Any and all lending Institutions, brokerage firms, credit unions, depository institutions, insurance agencies, credit bureaus, and the officers, agents and employees therein: You have now been notified of the law as to your CORPORATE and individual financial liability in the event of any violations upon the rights and / or being of :ra-nu-ra-khuti-amen:bey. This Statute Staple Securities instrument constitutes timely and sufficient warning by Good Faith Notice of your liability regardless of your political affirmations. All penalties contained herein will be subject to a penalty increase of 1,000,000. (one million) lawful US Silver Dollars per day, plus interest, while there is any unpaid balance for the first thirty (30) days after default of payment. This penalty will increase by 10% per each day until balance is paid in full, plus 18% annual interest, beginning on the thirty- first (31") day after default of payment. All penalties in this document are assessed in lawful money and are to be paid in one troy ounce US Silver Dollars that are .999 fine Silver or

equivalent par value if paid in legal tender or fiat paper money. Par value will be determined by

the value established by a one troy ounce.999 fine Silver coin at the US MINT, or by law,

whichever is higher value at the time of the incident. Any dispute over the par value will be

decided by the Secured Party, or his designee.

Definitions: All definitions in the attached Statute Staple securities Instrument **"Legal Notice and**

**Demand Definitions" are included as a part of this contract / agreement and will be applied**

**as written herein.** Any dispute of any definition will be decided by the Secured Party. There is no

contradiction of terms as written within the confines of this title pursuant to the "Constitution for

the united States of America – Republic, Treaty of Peace and Friendship of 1787". If any

contradiction is found, the meaning will be determined by the Secured Party. Definitions as they

apply to this contract are enclosed in the Statute Staple Securities Instrument **"Legal Notice and**

**Demand Definitions"** and are included as a legal part of this contract.

All collateral, properly, and rights described generally herein or specifically on the enclosed

"ATTACHMENT 'A' – PROPERTY" referencing DEBTOR: BERTRAM ANDREWS-

POWLEY,III© and Secured Party Creditor, :ra-nu-ra-khuti-amen:bey, are incorporated herein as

if fully set forth within this Statute Staple Securities Instrument.

This non-negotiable and non-transferable SECURITY AGREEMENT is made and entered into this day
October _____, 2017, by and between BERTRAM ANDREWS-POWLEY,III©, hereinafter
"DEBTOR", Organization Number 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, 589448271, 589448271, and :ra-nu-ra-khuti-amen:bey,
hereinafter "Secured Party Creditor", a Moor / Ipso Jure as Moorish-Subjects Citizenship Expatriation Act
page 439 Chapter 4 Temporary Provisions Morocco. The parties, herein the Parties", are identified as
follows:

_____
                                                Date

_____
:ra-nu-ra-khuti-amen:bey,
Secured Party Creditor
Authorized Representative,
Natural Man, In Propria Persona,
Ex-Relatione BERTRAM ANDREWS-POWLEY,III,
All Rights Reserved UCC 1-207 / 1-308 / 1-103
with the voidance of prejudice

**-Remainder of page left blank with the intention of the Secured Party Creditor-**

**NOTICE TO HILLSBOROUGH COUNTY PAT FRANK, CLERK**

27. Pursuant to Title 18 U.S.C. chapter 101 section 2071(b), Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this Title or imprisoned not more than three years, or both; and shall forfeit his office and shall be disqualified from holding any office under the United States."

_Certified Copy_

_____  Date

:ra-nu-ra-khuti-amen:bey,
Secured Party Creditor
Authorized Representative,
Natural Man, In Propria Persona,
Ex-Relatione BERTRAM ANDREWS-POWLEY,III,
All Rights Reserved UCC 1-207 / 1-308 / 1-103
with the voidance of prejudice

**ACKNOWLEDGMENT / NOTARY**

Near Hillsborough County
Near ~Florida-Republic
united states of America
original jurisdiction

The above affiant, in physical presence of myself, or proven upon my satisfaction on the basis of evidence,

is in Fact the ONE whose address, (appellation) and autograph subscribes the written instrument. Affiant

swears under the pains and penalties of perjury that all statements made herein are true, correct, certain, and

with the voidance of deception.

Duly given subscription and sworn on this _____ day of October, 2017.

(seal)

X _____
Notary Public

Page 11 of 12

We, the undersigned witnesses, do hereby swear or affirm that :ra-nu-ra-khuti-amen: bey has stated to us that it is his policy to present this "Statute Staple Instrument – **LEGAL NOTICE AND DEMAND"** to all law enforcement officers, agents, or representatives of the "UNITED STATES" anytime that he has any interaction with them.

_____          _____
**First Witness print**                         **Mail Location**

_____          _____
**First Witness Signature**                     **Non Domestic**

                                   c/o _____
_____
**Second Witness Print**                        **Mail Location**

_____          [_____]
**Second Witness Signature**                    **Non Domestic**

                                   c/o _____
_____
**Third Witness Print / Date**                  **Mail Location**

_____          [_____]
**Third Witness Signature**                     **Non Domestic**

        **Notice to the Agent is Notice to the Principal – Notice to the Principal is notice to the Agent.**

PFK Exhibit (9)

# Treaty of Peace & Friendship
## 1786 – 1787
# Between Morocco and The United States

TO ALL PERSONS TO WHOM THESE PRESENTS SHALL COME OR BE MADE KNOWN- WHEREAS THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED BY THEIR COMMISSION BEARING DATE THE TWELFTH DAY OF MAY ONE THOUSAND, SEVEN-HUNDRED AND EIGHTY-FOUR THOUGHT PROPER TO CONSTITUTE JOHN ADAMS, BENJAMIN FRANKLIN AND THOMAS JEFFERSON THEIR  MINISTERS PLENIPOTENTIARY, GIVING TO THEM OR A MAJORITY OF THEM FULL POWERS TO CONFER, TREAT & NEGOTIATE WITH THE AMBASSADOR, MINISTER OR COMMISSIONER OF HIS MAJESTY THE EMPEROR OF MOROCCO CONCERNING A TREATY OF AMITY AND COMMERCE, TO MAKE & RECEIVE PROPOSITIONS FOR SUCH TREATY AND TO CONCLUDE AND SIGN THE SAME, TRANSMITTING TO THE UNITED STATES IN CONGRESS ASSEMBLED FOR THEIR FINAL RATIFICATION.

AND BY ONE OTHER COMMISSION BEARING DATE THE ELEVENTH DAY OF MARCH ONE-THOUSAND SEVEN-HUNDRED & EIGHTY-FIVE DID FURTHER EMPOWER THE SAID MINISTERS PLENIPOTENTIARY OR A MAJORITY OF THEM, BY WRITING UNDER THE HANDS AND SEALS TO APPOINT SUCH AGENT IN THE SAID BUSINESS AS THEY MIGHT THINK PROPER WITH AUTHORITY UNDER THE DIRECTIONS AND INSTRUCTION OF THE SAID MINISTERS TO COMMENCE & PROSECUTE THE SAID NEGOTIATIONS & CONFERENCES FOR THE SAID TREATY PROVIDED THAT THE SAID TREATY SHOULD BE SIGNED BY MINISTERS:  AND WHEREAS, WE THE SAID JOHN ADAMS & THOMAS JEFFERSON TWO OF THE SAID MINISTERS PLENIPOTENTIARY (THE SAID BENJAMIN FRANKLIN BEING ABSENT) BY WRITING UNDER THE HAND AND SEAL OF THE SAID JOHN ADAMS AT LONDON, OCTOBER FIFTH, ONE-THOUSAND SEVEN-HUNDRED AND EIGHTY-FIVE, & OF THE SAID THOMAS JEFFERSON AT PARIS OCTOBER THE ELEVENTH OF THE SAME YEAR, DID APPOINT THOMAS BARCLAY, AGENT IN THE BUSINESS AFORESAID, GIVING HIM THE POWERS THEREIN, WHICH BY THE SAID SECOND COMMISSION WE WERE AUTHORIZED GO GIVE, AND THE SAID THOMAS BARCLAY IN PURSUANCE THEREOF, BATH ARRANGED ARTICLES FOR A TREATY OF AMITY AND COMMERCE BETWEEN THE UNITED STATES OF AMERICA AND HIS MAJESTY THE EMPEROR OF MOROCCO & SEALED WITH HIS ROYAL SEAL, BEING TRANSLATED INTO THE LANGUAGE OF SAID UNITED STATES OF AMERICA, TOGETHER WITH THE ATTESTATIONS THERETO ANNEXED ARE IN THE FOLLOWING WORDS, TO WIT:

**IN THE NAME OF ALMIGHTY GOD.**

THIS IS A TREATY OF PEACE AND FRIENDSHIP ESTABLISHED BETWEEN US AND THE UNITED STATES OF AMERICA, WHICH IS CONFIRMED, AND WHICH WE HAVE ORDERED TO BE WRITTEN IN THE BOOK AND SEALED WITH OUR ROYAL SEAL AT OUR COURT OF MOROCCO IN THE TWENTY-FIFTH DAY OF THE BLESSED MONTH OF SHA-

BAN, IN THE YEAR ONE-THOUSAND TWO-HUNDRED, TRUSTING IN GOD IT WILL REMAIN PERMANENT.

## ARTICLE 1

We declare that both Parties have agreed that this Treaty consisting of twenty five Articles shall be inserted in this Book and delivered to the Honorable Thomas Barclay, the Agent of the United States now at our Court, with whose Approbation it has been made and who is duly authorized on their part, to treat with us concerning all the matters contained therein.

## ARTICLE 2

If either of the parties shall be at war with any nation whatever, the other party shall not take a commission from the enemy nor fight under their colors.

## ARTICLE 3

If either of the parties shall be at war with any nation whatever and take a prize belonging to that nation, and there shall be found on board subjects or effects belonging to either of the parties, the subjects shall be set at liberty and the effect returned to the owners. And if any goods belonging to any nation, with whom either the parties shall be at war, shall be loaded on vessels belonging to the other party, they shall pass free and unmolested without any attempt being made to take or detain them.

## ARTICLE 4

A signal or pass shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea, and if the commander of a ship of war of either party shall have other ships under his convoy, the Declaration of the commander shall alone be sufficient to exempt any of them from examination.

## ARTICLE 5

If either of the parties shall be at war, and shall meet a vessel at sea, belonging to the other, it is agreed that if an examination is to be made, it shall be done by sending a boat with two or three men only, and if any gun shall be bread and injury done without reason, the offending party shall make good all damages.

## ARTICLE 6

If any **Moor** shall bring citizens of the United States or their effects to His Majesty, the citizens shall immediately be set at liberty and the effects restored, and in like manner, if any **Moor** not a subject of the dominions shall make prize of any of the citizens of America or their effects and bring them into any of the ports of His Majesty, they shall be immediately released, as they will be considered as under His Majesty's Protection.

## ARTICLE 7

If any vessel of either party shall put into a port of the other and have occasion for provisions or other supplies, they shall be furnished without any interruption or molestation.

## ARTICLE 8

If any vessel of the United States shall meet with a disaster at sea and put into one of our ports to repairs, she shall be at liberty to land and reload her cargo, without paying any duty whatever.

## ARTICLE 9

If any Vessel of the Untied States shall be cast on Shore on any Part of our Coasts, she shall remain at the disposition of the Owners and no one shall attempt going near her without their Approbation, as she is then considered particularly under our Protection; and if any Vessel of the United States shall be forced to put in to our Ports, by Stress of weather or otherwise, she shall not be compelled to land her Cargo, but shall remain in tranquility until the Commander shall think proper to proceed on his Voyage.

## ARTICLE 10

If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible until she is in safety; and if any American Vessel shall be cast on shore on the Coast of Wadnoon or any Coast thereabout, the People to her shall be protected, and assisted until by the help of God, they shall be sent to their Country.

## ARTICLE 11

If we shall be at War with any Christian Power and any of our Vessels sail from the Ports of the United States, no Vessel belonging to the enemy shall follow until twenty four hours after the Departure of our Vessels; and the same Regulation shall be observed towards the American Vessels sailing from our Ports— be the enemies **Moors** or Christians.

## ARTICLE 12

If any ship of war belonging to the United States shall put into any of our ports, she shall not be examined on any pretense whatever, even though she should have fugitive slaves on board, nor shall the governor or commander of the place compel them to be brought on shore on any pretext, nor require any payment for them.

## ARTICLE 13

If a ship of war of either party shall put into a port of the other and salute, it shall be returned from the fort with an equal number of guns, not with more or less.

## ARTICLE 14

The commerce with the United States shall be on the same footing as is the commerce with Spain, or as that with the most favored nation for the time being; and their citizens shall be respected and esteemed, and have full liberty to pass and repass our country and seaports whenever they please, without interruption.

## ARTICLE 15

Merchants of both countries shall employ only such interpreters, and such other persons to assist them in their business, as they shall think proper. No commander of a vessel shall transport his cargo on board another vessel; he shall not be detained in port longer than he may think proper; and all persons employed in loading or unloading goods, or in any labor whatever, shall be paid at the customary rates, not more and not less.

## ARTICLE 16

In case of a war between the parties, the prisoners are not to be made slaves, but to be exchanged one for another, captain for captain, officer for officer, and one private man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican dollars for each person wanting. And it is agreed that all prisoners shall be exchanged in twelve months from the time of their being taken, and that this exchange may be effected by a merchant or any other person authorized of by either of the parties.

## ARTICLE 17

Merchants shall not be compelled to buy or sell any kind of goods but such as they shall think proper; and may buy and sell all sorts of merchandize but such as are prohibited to the other Christian nations.

## ARTICLE 18

All goods shall be weighed and examined before they are sent on board , and to avoid all detention of vessels, no examination shall afterwards be made, unless it shall first be proved that contraband goods have been sent on board, in which case, the persons who took the contraband goods on board, shall be

punished according to the usage and custom of the country, and no other person whatever shall be injured, nor shall the ship or cargo incur any penalty or damage whatever.

**ARTICLE 19**

No vessel shall be detained import on any pretense whatever, nor be obliged to take on board on any articles without the consent of the commander, who shall be at full liberty to agree for the freight of any goods he takes on board.

**ARTICLE 20**

If any of the citizens of the Untied States, or any persons under their protection, shall have any disputes with each other, the consul shall decide between the parties, and whenever the consul shall require any aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him.

**ARTICLE 21**

If any citizen of the Untied States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a citizen of the United States, the law of the country shall take place, and equal justice shall be rendered, the consul assisting at the trial; and if any delinquent shall make his escape, the consul shall not be answerable for him in any manner whatever.

**ARTICLE 22**

If an American citizen shall die in our country, and no will shall appear, the consul shall take possession of hi affects; and if there shall be no consul, the effects shall be deposited in the hands of some person worthy of trust, until the party shall appear, who has right to demand them; but if the heir to the person deceased be present, the property shall be delivered to him without interruptions; and if a will shall appear, the property shall descend agreeable to that will as soon as the consul shall declare the validity thereof.

**ARTICLE 23**

The consuls of the United States of America, shall reside in any port of our dominions that they shall think proper; and they shall be respected, and enjoy all the privileges which the consuls of any other nation enjoy; and if any of the citizens of the United States shall contract any debts or engagements, the consul shall not be in any manner accountable for them, unless he shall have given a promise in writing for the payment or fulfilling thereof, without which promise in writing, no application to him for any redress shall be made.

**ARTICLE 24**

If any differences shall arise by either party infringing on any of the articles of this treaty, peace and harmony shall remain notwwithstanding, in the fullest force, until a friendly application shall be made for an arrangement, and until that application shall be rejected, no appeal shall be made to arms. And if a war shall break out between the parties nine months shall be granted to all the subjects of both parties, to dispose of their effects and retire with their property. And it is further declared, that whatever indulgences, in trade or otherwise, shall be granted to any of the Christian Powers, the citizens of the United States shall be equally entitled to them.

**ARTICLE 25**

This treaty shall continue in full force, with the help of God, for fifty years. We delivered this book into the hands of the before mentioned Thomas Barclay, on the first day of the blessed month of Ramadan, in the year one thousand two hundred.

*I certify that the annexed is a true copy of the translation made by Isaac Cardoza Nunez, interpreter at* Morocco, of the treaty between the Emperor of Morocco and the United States of America.

THOMAS BARCLAY.

## ADDITIONAL ARTICLE

Grace to the only God.

I, the under-written, the servant of God, Taher Ben Abdelkack Fennish, do certify, that His Imperial Majesty, my master, *(whom God preserve),* having concluded a treaty of peace and commerce with the United States of America, has ordered me, the better to complete, it, and in addition of the tenth article of the treaty, to declare, "That if any vessel belonging to the United States, shall be in any of the ports of his Majesty's dominions, or within gun-shot of his forts, she shall be protected as much as possible; *and no vessel whatever, belonging either to Moorish or Christian Powers, with whom the United States may be at war, shall be permitted to follow or engage her, as we now deem the citizens of America our good friends."*

And, in obedience to this Majesty's commands, I certify this declaration, by putting my hand and seal to it, on the eighteenth day of Ramadan, (a) in the year one thousand two hundred.

The servant of the King, my master, whom God preserve.

**TAHER BEN ABDELKACK FENNISH.**

I do certify that the above is a true copy of the translation made at Morocco, by Isaac Cordoza Nunez, interpreter, of a declaration made and signed by Sidi Hage Taher Fennish, in addition to the treaty between the Emperor of Morocco and the United States of America, which declaration the said Taher Fennish made by the express directions of his Majesty.

**THOMAS BARCLAY.**

## TREATY WITH MOROCCO. 1787

Now, KNOW YE, That we, the said John Adams and Thomas Jefferson, Ministers Plenipotentiary aforesaid, do approve and conclude the said treaty, and every article and clause therein contained, reserving the same nevertheless to the Untied States in Congress assembled, for their final ratification.

In testimony whereof, we have signed the same with our names and seals, at the places of our respective residence, and at the dates expressed under our signatures respectively.

**JOHN ADAMS,**     (L.S.)
*London, January 25th, 1787.*

**THOMAS JEFFERSON,**     (L.S.)
*Paris, January 1st, 1787.*

## 1933 - LEGISLATIVE JOURNAL - HOUSE - PAGE 5759

## RESOLUTION No. 75

Mr. WITKIN, Mr. Speaker, I desire at this time to call up Resolution No. 75, Printer's No. 1034.

### The Resolution was read by the Clerk as follows:

In the House of Representatives, April 17, 1933.  Many sons and daughters of that proud and handsome race which inspired the architecture of Northern Africa and carried
into Spain the influence of its artistic temperaments have become citizens of this Nation.
In the City of Philadelphia there exists a Moorish-American Society made up of Moors who have found here the end of their quest for a home and of the children of those who journeyed here from the plains of Morocco.

This Society has done much to bring about a thorough absorption by these people of those principles which are necessary to make them good American citizens.  These Moorish-Americans have since being here missed the use of the titles and name annexations that were so familiar at home and which are used in accordance with the doctrines of the religious faith to which they are adherents therefore be it, Resolved That this House commends the Moorish-American Society of Philadelphia for the efficient service it has rendered the Nation in bringing about a speedy and thorough Americanization of these former Moors and that in accordance with the fullest right of religious independence guaranteed every citizen we recognize also the right of these people to use the name affixes El or Ali or Bey or any other prefix or suffix to which they have heretofore been accustomed to use or which they may hereafter acquire the right to use.

On the question, **Will the House Adopt the resolution?**

**It was Adopted May 4,1933**



Allodial American National
Identification Card

Appellation: Ra_____ _____en Bey
Born Day: 6/18___ ____on / In Full Life
Hair: Black Ey_ ____ __0 Weight: 180
National Domicile: ___ ____ __nessee/Africa/America   Race: Human
Ancestral Estate: Na__ _____
Mailing Location: c/o ___ ____ y Avenue
Tampa, Florida Republic [33612]

Nationality: Moor American
Autograph: Ra___ Ra 'ichiti Ared Bey

R I G H T

T N U M B

All Rights Reserved and Retained
Freehold by Birthright, Primogeniture & Inheritance; Aboriginal
Native American; Heirs Of North America; National People of the Land
Divine Law; United States Code of Law-Title 22, Chapter 2,
Section 141 of a General and Permanent Character - AA222141;
Not Taxed; Constitution- Article 1, Section 2, Clause 3; Treaties.

# BERTRAM ANDREWS-POWLEY, III (DEBTOR IN POSSESION)

  

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OFFICE OF THE CLERK

Case Number:

RE: Involuntary Bankruptcy Case 303

Chapter 15

## TABLE OF CONTENT

PETITION FOR RECOGNITION OF A FOREIGN PROCEEDING - Form 401
1. PFR exhibit (1) "employer identification number" – 1 page
2. PFR exhibit (2) "Financing Statement" – 1 page
3. PFR exhibit (3) "IRS Form 56 with revocation affidavit" – 3 pages
4. PFR exhibit (4) "Affidavit" answer to number 8  -1 page
5. PFR exhibit (5) "Hold Harmless and Indemnity agreement" – 2 pages
6. PFR exhibit (6) "Non Negotiable Security Agreement" – 1 page
7. PFR exhibit (7) " Commercial Security Agreement" – 4 pages
8. PFR exhibit (8) " Legal Notice Demand and Fee Schedule" – 12 pages
9. PFR exhibit (9) "Treaty of Peace and Friendship 1787"  - 5 pages
10. PFR exhibit (10) "Resolution No. 75" – 1 page
11. PFR exhibit (11) "Identification of the Secured Party Creditor and Ens Legis" – 1 page
PROOF OF CLAIM – Form 410
1. POC exhibit (2) "Original Issue Discount accounting worksheet" – 1 page
2. POC exhibit (3) "Customer Property / Executor Letter" – 11 pages
3. POC exhibit (4) "Customer Property / Default Judgment" – 3 pages
4. POC exhibit (5) "Customer Property / Summary Judgment" – 10 pages
5. POC exhibit (6) "Waiver of Tort / defendants" – 4 pages
6. POC exhibit (7) "Clearfield Doctrine" - 2 pages
7. POC exhibit (8) "CREDITORS LIST" - 1 page
NOTICE OF MORTGAGE PAYMENT CHANGE – Form 410-S
1. NOM exhibit (1) "Escrow Statement" – 10 pages
2. NOM exhibit (2) "Invoice" - 1 page
NOTICE OF ACCEPTANCE FOR VALUE – 1 page
NOTICE OF STATUS, STANDING AND CAPACITY – 2 pages
NOTICE OF REMEDY / RELIEF BY DISCHARGE AND RECOUPMENT … - 3 pages
NOTICE OF WAIVER OF TORT – 3 pages
BALLOT FOR ACCEPTING or REJECTING PLAN OF REORGANIZATION – FORM 314
PROMISSORY NOTE – 1 page

Retail

UNITED STATES
POSTAL SERVICE.

**P**

US POSTAGE PAID
**$4.00**

Origin: 33612
03/07/19
1189190612-05

PRIORITY MAIL 1-Day®

1 Lb 8.00 Oz

1006

C038

EXPECTED DELIVERY DAY: 03/08/19

SHIP
TO:
801 N FLORIDA AVE
TAMPA FL 33602-3849

USPS TRACKING NUMBER

9505 5161 4452 9066 3739 17

PRIORITY
★ MAIL ★

UNITED STATES
POSTAL SERVICE.

For Domestic and International Use

TRACKED
★ ★ ★
INSURED

Label 107R, May 2014



Clerk of the Bankruptcy Court
801 N. Florida Ave
Avenue Suite 555
Tampa, Fl 33602